DALLAS ROLLINS, PLAINTIFF-PETITIONER, v. THE PENN-
SYLVANIA RAILROAD COMPANY, DEFENDANT-RE-
SPONDENT.

*Mr. Francis Sorin* for petitioner.

*Messrs. O'Mara, Schumann, Davis, Lynch & Kennelly* for respondent.

October 4, 1965.   Denied.

JOSEPH AIELLO, PLAINTIFF-PETITIONER, v.
R. W. MYZIE, DEFENDANT-RESPONDENT.

See same case below: 88 *N. J. Super.* 187.

*Mr. Michael N. Kouvatas, Mr. Joseph Aiello* and *Mr. Michael D. Varbalow* for petitioner.

*Messrs. Kisselman, Devine, Deighan, Montano & King* for respondent.

October 4, 1965.   Denied.